OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.2⁻⁵
02 1W
0001401623 AUG. 06.

7/29/2015
**DRAUGHON, MARTIN ALLEN - Tr. Ct. No. 463727-B**          **WR-27,511-07**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
Disch.

MARTIN ALLEN DRAUGHON
EASTHAM UNIT - TDC #1383751
P. O. BOX 16
LOVELADY, TX 75851

REF

BN3B 75851